JONATHAN O. PENA
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-439-9700
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Judy Lynn Burr,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-01334-JLT-GSA<br><br>MOTION FOR EXTENSION OF TIME |

　　　Plaintiff respectfully moves for an extension of time to file the PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. Plaintiff's current deadline is January 5, 2026. Plaintiff requests an additional 60 days, up to and including March 6, 2026, to file the brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This request is made in good faith and not for the purpose of delay. For the weeks of December 29, 2025 and January 5, 2026, Plaintiff's Counsel has nineteen merit briefs due and three reply briefs due. Counsel requires additional time due to multiple overlapping briefing deadlines in other Social Security matters pending

1

before the Court and before the administrative agency. The additional time will allow counsel to fully develop and present the issues for the Court's consideration.

    Plaintiff's counsel attempted to contact Defendant's counsel on December 29, 2025 and made a follow up on January 5, 2026, to obtain a stipulation for this extension but did not receive a response in time to file a joint request. Due to the preplanned vacations of Plaintiff's counsel and the intervening holidays, Plaintiff was unable to file the motion on that same day counsel attempted to contact Defendant's counsel to obtain a stipulation for this extension but did not receive a response in time to file a joint request.

    This is Plaintiff's first request for an extension in this matter. Plaintiff apologizes to the Court for any inconvenience and respectfully requests that the Court grant the requested extension.

                                        Respectfully submitted,

Dated: January 5, 2026       PENA & BROMBERG, ATTORNEYS AT LAW

                            By: */s/ JONATHAN O. PENA*
                                JONATHAN O. PENA
                                Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Judy Lynn Burr,<br>        Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>        Defendant. | Case No. 1:25-cv-01334-JLT-GSA<br><br>ORDER FOR EXTENSION OF TIME |

Based upon the Plaintiff's Motion for an extension of time, for good cause shown, it is ORDERED that that Plaintiff shall have an extension of time, from January 5, 2026 to March 6, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

  IT IS SO ORDERED.


IT IS SO ORDERED.

  Dated:   **January 5, 2026**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE