DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Judy Lynn Burr,

      Plaintiff,

    vs.

Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-01334-JLT-GSA

STIPULATION AND  ORDER FOR EXTENSION OF TIME

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 28-day extension of time, from March 6, 2026 to April 4, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second  request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of February 23, 2026 and March 2, 2026, Plaintiff's Counsel has eight merit briefs due and five replies due.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: February 26, 2026        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff


Dated: February 25, 2026        ERIC GRANT
                                United States Attorney
                                MATHEW W. PILE
                                Head of Program Litigation 1
                                Law & Policy
                                Social Security Administration

By:  */s/ Oscar Gonzalez de Llano , GOVT*

     Oscar Gonzalez de Llano , GOVT
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on February 25, 2026)

2

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


IT IS SO ORDERED.

   Dated:   **February 27, 2026**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE