UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY LYNN BURR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendants. | No.  1:25-cv-01334-JLT-GSA<br><br>ORDER GRANTING EXTENSION TO FILE RESPONSE BRIEF |

As stipulated, Defendant's deadline to respond to Plaintiff's Motion for Summary Judgment is extended fifteen (15) days from May 4, 2026, up to and including May 19, 2026.

IT IS SO ORDERED.

Dated:   **May 4, 2026**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1