ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY LYNN BURR,<br><br>    Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:25-cv-01334-JLT-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to develop the record with a consultative examination and/or medical expert evidence pertaining to the claimant's mental status functioning. The ALJ will reassess the claimant's maximum residual functional capacity and obtain supplemental vocational expert evidence. The ALJ will offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision. As the case was remanded once to the same ALJ, on remand, the case will be assigned to another ALJ.

The parties request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: May 6, 2026                    /s/ *Jonathan Pena*_____
                                                 JONATHAN PENA
                                                 Attorney for Plaintiff
                                                 *Authorized via e-mail on May 6, 2026

Dated: May 6, 2026                    ERIC GRANT
                                                 United States Attorney
                                                 MATHEW W. PILE
                                                 Head of Program Litigation 1
                                                 Social Security Administration

                                 By:    /s/ *Erin Jurrens*_____
                                                 ERIN JURRENS
                                                 Special Assistant U.S. Attorney

                                                 Attorneys for Defendant

### [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

IT IS SO ORDERED.

Dated:   **May 6, 2026**

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

STIPULATION TO REMAND