**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDY LYNN BURR,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:25-cv-1334 JLT GSA<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 23) |

Judy Lynn Burr and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $7,805.49 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. (Doc. 23 at 1-2.)

Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees in the amount of $7,805.49 pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: August 7, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE